```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/1/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
   **PAGAN,** *individually and on behalf of all*
   *others similarly situated*,

                             **Plaintiff,**      **20-cv-07349 (ALC)**
        -against-

                                             **ORDER**
   **C.I. LOBSTER CORP., ET AL.,**

                           **Defendants.**
------------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      On November 20, 2020, Defendants filed a letter motion to which Plaintiff has not responded. ECF No. 18. Plaintiff is directed to file a response by December 4, 2020.

**SO ORDERED.**

**Dated:  December 1, 2020**
       **New York, New York**                       _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**