**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 19, 2021

**VIA ECF & E-MAIL**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Andrew L. Carter, U.S.D.J.
40 Foley Square, Courtroom 1306
New York, NY 10007-1312
alcarternysdchambers@nysd.courts.gov

> *Re:*   **Pagan v. C.I. Lobster Corp.,** *et al.*
>        **Case No: 1:20-cv-7349 (ALC) (SDA)**
>        <u>MLLG File No.: 197-2020</u>

MEMO ENDORSED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/2021

Dear Judge Carter:

      This office represents the Defendants in the above-referenced case.  <u>See</u> Docket Entry 12. Defendants write pursuant to ¶ 1(D) of this Court's Individual Practices to respectfully request an extension of time, *nunc pro tunc*, to today, March 19, 2021 to respond to the complaint in this case.

      Because Plaintiff filed his first amended complaint pursuant to this Court's February 8, 2021 Order on February 22, 2021, the original date a response to the complaint was due was Monday, March 8, 2021.  <u>See</u> Docket Entries 24-25; <u>see</u> <u>also</u> Fed. R. Civ. P. 15(a)(3) (providing that the response to an amended pleading is due fourteen (14) days after filing).  There have been no previous requests for an extension of Defendants' deadline to respond to the first amended complaint.  The adversary consents to the instant request.  Defendants are unaware of any other scheduled dates affected by the requested extension.

      Defendants respectfully submit that the answer was not filed earlier due to an oversight by its counsel's support staff in calendaring the deadline.  Further, your undersigned has been engaged in mediations in two (2) other matters which took substantial time and effort and prevented him from working on the responsive pleading to this case.  Accordingly, Defendants respectfully submit that both good cause and excusable neglect exist such that the extension should be granted by this Court.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).  Accordingly, Defendants' letter motion for an extension of time to respond to the complaint, *nunc pro tunc*, should be granted.

      Defendants thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
March 19, 2021

>Respectfully submitted,
>
>**MILMAN LABUDA LAW GROUP PLLC**
>
>*/s/ Emanuel Kataev, Esq.*_____
>Emanuel Kataev, Esq.
>3000 Marcus Avenue, Suite 3W8
>Lake Success, NY 11042-1073
>(516) 328-8899 (office)
>(516) 303-1395 (direct dial)
>(516) 328-0082 (facsimile)
>emanuel@mllaborlaw.com
>
>*Attorneys for Defendants*

**VIA ECF**
The Ottinger Firm, P.C.
Attn: Robert Ottinger & Finn Dusenbury, Esqs.
401 Park Avenue South
New York, NY 10016
robert@ottingerlaw.com
finn@ottingerlaw.com

**VIA ECF**
United States District Court
Southern District of New York
Hon. Stewart D. Aaron, U.S.M.J.
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 3/22/2021

2