**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  APRIL 27, 2021

| |
|---|
| **PAGAN,** *individually and on behalf of all others similarly-situated*, |
| **Plaintiff,** |
| **-against-** |
| **C.I. LOBSTER CORP. ET AL.,** |
| **Defendants.** |

**20-cv-07349 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by May 11, 2021, which at a minimum should include an update to the Court regarding settlement negotiations.

**SO ORDERED.**

Dated:  April 27, 2021
　　　　New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**