

Finn Dusenbery
finn@ottingerlaw.com

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street, 14th Fl.
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

April 27, 2021

**By ECF**

U.S. District Judge Andrew L. Carter, Jr.
U.S. District Court
Southern District of New York
40 Foley Square, Rm 435
New York, NY 10007

      **Re:**    Pagan v. C.I. Lobster Corp., et al.
              No. 20-cv-7349 (ALC)

Dear Judge Carter:

      As you know, we represent Plaintiff and the putative class in the above-referenced matter. Pursuant to the Court's Order dated October 30, 2020, the parties held a mediation on January 21, 2021, which was unsuccessful. Accordingly, Plaintiff writes to request an initial case management conference to set a discovery schedule. We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/ Finn W. Dusenbery
      Finn W. Dusenbery