**OTTINGER**
**EMPLOYMENT LAWYERS**

Finn Dusenbery
Direct: (212) 583-0030
finn@ottingerlaw.com

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street, 14th Fl.
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

May 11, 2021

**Via ECF**
Hon. Andrew L. Carter
U.S. District Judge
Southern District of New York
40 Foley Square, Rm 435
New York, NY 10007

          *Re:*    **Pagan v. C.I. Lobster Corp.,** *et al.*
                **Case No.: 1:20-cv-7349 (ALC)(SDA)**

Dear Judge Carter:

      This office represents Plaintiff Joseph Pagan and the putative class in the above-referenced case. Pursuant to the Court's Order dated April 27, 2021 (Docket Entry 30), we write jointly with Defendants to update the Court regarding the status of this case. On January 21, 2021, the parties engaged in mediation, which was unsuccessful. On April 27, 2021, Plaintiff requested an initial case management conference to set a discovery schedule (Docket Entry 31).

      We thank this honorable Court for its time and attention to this case.

                                                  Respectfully submitted,

Dated:  New York, New York
          May 11, 2021

                                              /*s*/ Finn W. Dusenbery
                                              Finn W. Dusenbery
                                              finn@ottingerlaw.com
                                              THE OTTINGER FIRM, P.C.
                                              401 Park Ave S.,
                                              New York, NY 10016
                                              MAIN: 212-583-0030
                                              FAX: 212-571-2000
                                              Attorneys for Plaintiffs

Dated:  Lake Success, New York
       May 11, 2021

                __/s_____
                Emanuel Kataev, Esq.
                Emanuel@mllaborlaw.com
                MILMAN LABUDA LAW GROUP PLLC
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)
                (516) 303-1395 (direct dial)
                (516) 328-0082 (facsimile)

                Attorneys for Defendants