```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Pagan**, *individually and on behalf of all others similarly-situated,*

                        **Plaintiffs,**

-against-

**C.I. Lobster Corp., et al.,**

                        **Defendants.**

**20-cv-07349 (ALC)**

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Stewart D. Aaron for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

**SO ORDERED.**

Dated:    May 12, 2021
New York, New York

                                   */s/ Andrew L. Carter*
                               **ANDREW L. CARTER, JR.**
                               **United States District Judge**