UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSEPH PAGAN,

                              Plaintiff,

-against-

C.I. LOBSTER CORP., JOSEPH MANDARINO,
RICHARD MANDARINO, and JOHN MANDARINO,

                              Defendants.

-------------------------------------------------------------------X

**Case No.:** 1:20-cv-7349 (ALC) (SDA)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the accompanying declarations of Emanuel Kataev, Esq. dated June 24, 2021, that of Laundel Booker and Christopher Baca, both dated June 14, 2021, the memorandum of law in support, and all the prior papers and proceedings herein, the Defendants will move this Court, before the Hon. Stewart D. Aaron, U.S.M.J., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order disqualifying The Ottinger Firm, P.C. from representing the Plaintiff or any opt-ins in this case, and for such other and further relief as the Court deems just, equitable, and proper (as requested). A pre-motion conference was held by the Court on June 10, 2021. Pursuant to same, Plaintiff's opposition papers are due on July 8, 2021 and Defendants' reply papers in further support are due on July 15, 2021. See Docket Entry 36.

Dated: Lake Success, New York
       June 24, 2021

**MILMAN LABUDA LAW GROUP PLLC**

By: */s   Emanuel Kataev, Esq.*_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
The Ottinger Firm, P.C.
Attn: Finn Dusenbery, Esq.
401 Park Avenue South
New York, NY 10016-8800
finn@ottingerlaw.com