**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joseph Pagan, individually and on behalf of all others similarly-situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>C.I. Lobster Corp., Joseph Mandarino, Richard Mandarino, and John Mandarino,<br><br>                    Defendants. | No.: 1:20-cv-7349 (ALC)(SDA)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Zarrina Ozari, Esq. hereby appears as counsel for Plaintiff Joseph Pagan, individually and on behalf of all others similarly situated, in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: June 25, 2021
San Francisco, CA

Respectfully submitted,

**THE OTTINGER FIRM P.C.**

By: _____
Zarrina Ozari
535 Mission Street, 14th Fl
San Francisco, CA  94105
(415) 651-2738
zarrina@ottingerlaw.com