**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **Joseph Pagan,** *individually and on behalf of* *all others similarly-situated,* | : |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **C.I. Lobster Corp., et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___August 2, 2021___

**1:20-cv-7349-ALC-SDA**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter request for an extension of time to submit objections to Judge Stewart D. Aaron's July 16, 2021 Order  (ECF No. 44) denying Defendants' motions. ECF No. 45. However, the letter request does not indicate whether Plaintiff consents to or has any position regarding the extension.

Accordingly, Plaintiff is **ORDERED TO RESPOND** to Defendants' letter motion at ECF No. 45 no later than **Wednesday, August 4, 2021**.

**SO ORDERED.**

**Dated:**  August 2, 2021
New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**