# OTTINGER
## EMPLOYMENT LAWYERS

Finn Dusenbery
finn@ottingerlaw.com

August 10, 2021

**By ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/11/2021

ENDORSEMENT: The parties shall file a joint letter regarding the status of discovery on August 25, 2021. The parties are reminded that the Court's Order requires a *joint* letter and expects the parties to comply. SO ORDERED.

Dated: August 11, 2021

Re: Pagan v. C.I. Lobster Corp., et al.
No. 20-cv-7349 (ALC)(SDA)

Dear Judge Aaron:

As you know, we represent Plaintiff and the putative class in the above-referenced matter. Pursuant to the Court's Case Management Plan dated June 10, 2021, Plaintiff writes to provide a status update to the Court as to discovery. Plaintiff sought Defendants' input but did not receive any proposed revisions today.

The parties have served discovery requests on one another. Plaintiff received Defendants' responses, sent Defendants a deficiency letter and Plaintiff is in the process of setting up a meet and confer with Defendants, including as to issues of class-wide discovery.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Finn Dusenbery
Finn Dusenbery