UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Pagan, individually and on behalf of all others similarly-situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>C.I. Lobster Corp., Joseph Mandarino, Richard Mandarino, and John Mandarino,<br><br>       Defendants. | No.: 1:20-cv-7349 (ALC)(SDA)<br><br>**NOTICE OF WITHDRAWAL** |

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that Zarrina Ozari hereby withdraws as counsel for Plaintiff Joseph Pagan. The Ottinger Firm, P.C. remains Plaintiff's counsel.

Dated: August 31, 2021

THE OTTINGER FIRM P.C.
535 Mission Street, 14th Fl
San Francisco, CA  94105
(415) 651-2738

By: _____
 Zarrina Ozari
 zarrina@ottingerlaw.com

1