```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Pagan, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>C.I. Lobster Corp. et al.,<br><br>　　　　　　　　　　Defendant. | 1:20-cv-07349 (ALC) (SDA)<br><br><u>ORDER</u> |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

　　Defendants' response to Plaintiff's Letter Motion (ECF No. 60) is past due. Defendants shall respond no later than Friday, September 10, 2021. Plaintiff shall file his reply no later than Tuesday, September 14, 2021.

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　September 8, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge