```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Pagan, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

C.I. Lobster Corp. et al.,

                Defendants.

1:20-cv-07349 (ALC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. No later than December 29, 2021, Defendants shall produce the documents addressed during today's telephone conference.

2. If Defendants fail to timely produce such documents in accordance with paragraph 1 hereof, Defendants shall be subject to sanctions.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 77.

**SO ORDERED.**

Dated:     New York, New York
            December 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge