```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  Feb. 22, 2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
:
:
:
**JOSEPH PAGAN,** *individually and on behalf of*    :    1:20-CV-7349-ALC-SDA
*all others similarly-situated*,                                     :
:    **ORDER TO STRIKE**
**Plaintiff,**       :
:
-against-            :
:
**C.I. LOBSTER CORP., ET AL.,**                           :
:
**Defendants.**    :
:
x
--------------------------------------------------------------------

**ANDREW L. CARTER, JR., United States District Judge:**

     On February 10, 2022, Plaintiff Joseph Pagan ("Plaintiff") filed a motion to certify a class without leave of court. ECF Nos. 86-89. Pursuant to my Individual Rules, Plaintiff was required to file a pre-motion conference request in connection with this type of motion. Defendants' subsequent request for an extension of time to oppose the motion to certify (ECF No. 91) is hereby denied as moot.

     Accordingly, the Clerk of Court is respectfully instructed to strike the motion and accompanying papers at ECF Nos. 86-89 and terminate the letter motion at ECF No. 91. A pre-motion conference request may be filed if Plaintiff still intends to pursue the stricken motion.

**SO ORDERED.**

**Dated:**    **Feb. 22, 2022**
             **New York, New York**

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**