# Exhibit A

WELLS FARGO BANK
MINNEAPOLIS, MN

| | DATE | CHECK NO. |
|---|---|---|
| | 04/26/2019 | 0035425 |

**CI Lobster Corp**
691 Bridge Street
Bronx, NY 10464

AMOUNT
$ 117.18

PAY  One Hundred Seventeen and 18 / 100

TO THE
ORDER OF

Joseph F. Pagan
4014 Carpenter Avenue
Apt 2A
Bronx, NY 10466

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

⑈0035425⑈ ⑆026012881⑆ 20000382384 28⑈

| GENERAL INFORMATION | | EARNINGS | PIECES | HOURS | YTD HOURS | AMT | YTD AMT |
|---|---|---|---|---|---|---|---|
| CI Lobster Corp | | Regular Hours | | 33.00 | 132.50 | 495.00 | 1,987.50 |
| Bronx, NY 10464 (718)885-1459 | | Tips | | | | 546.00 | 2,239.00 |

00000001 - Main_00000001 - Main_00000300 - 300
Joseph F. Pagan   EE # 00011588   SSN: ***3647
PAY PERIOD 04/15/19 TO 04/21/19
PAY FREQ Weekly
CHECK DATE 04/26/2019   CHECK # 0035425

| | | | | | | | TOTAL EARNINGS | | 33.00 | 132.50 | $1,041.00 | $4,226.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VARIABLE PAY INFORMATION | | | | | | | FILING STATUS | TAX TYPE | | AMT | YTD AMT | |
| EARNINGS | DEPT | RATE ID | PCS | HRS | RATE | AMT | | | | | | |
| Regular Hrs | 300 | | | 33.00 | 15.00 | 495.00 | Federal M  3 | +25.00 Federal | | 66.35 | 276.97 | |
| Tips | 300 | | | | | 546.00 | State   M  3 | +0.00 FICA | | 54.31 | 220.97 | |
| | | | | | | | | Medicare | | 12.70 | 51.68 | |
| | | | | | | | | NYC Marry | | 27.07 | 110.77 | |
| | | | | | | | | NY State | | 35.80 | 146.94 | |

| TOTAL | | | 33.00 | | $1,041.00 | TOTAL WITHHOLDINGS | | $196.23 | $807.33 |
|---|---|---|---|---|---|---|---|---|---|
| ACCRUAL | EARNED | TAKEN | BALANCE | | | ADJUSTMENTS  MATCH | YTD MATCH | AMT | YTD AMT |
| | | | | | | MEALS | | 14.40 | 61.20 |
| | | | | | | PFL | | 1.59 | 6.46 |
| | | | | | | SDINY | | 0.60 | 2.40 |
| | | | | | | TIPCREDIT | | 165.00 | 662.50 |
| | | | | | | **TOTAL DED** | | **$181.59** | **$732.56** |

| DIRECT DEPOSIT INFORMATION | NET PAY | AMT | YTD AMT |
|---|---|---|---|
| | | $117.18 | $447.61 |

**D18**

**CI Lobster Corp**
691 Bridge Street
Bronx, NY 10464

| DATE | CHECK NO. |
|---|---|
| 08/23/2019 | |

AMOUNT
$ 0.00

PAY   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

TO THE ORDER OF

Joseph F. Pagan
4014 Carpenter Avenue
Apt 2A
Bronx, NY 10466

AUTHORIZED SIGNATURE(S)
VOID AFTER 0 DAYS

---

### GENERAL INFORMATION

CI Lobster Corp
Bronx, NY 10464 (718)885-1459

00000001 - Main_00000001 - Main_00000300 - 300
Joseph F. Pagan   EE # 00011588   SSN: ***3647

PAY PERIOD 08/12/19 TO 08/18/19
PAY FREQ Weekly
CHECK DATE 08/23/2019   CHECK #

| EARNINGS | PIECES | HOURS | YTD HOURS | AMT | YTD AMT |
|---|---|---|---|---|---|
| Regular Hours | | 22.50 | 599.50 | 337.50 | 8,992.50 |
| Tips | | | | 630.00 | 11,937.00 |
| **TOTAL EARNINGS** | | 22.50 | 599.50 | $967.50 | $20,929.50 |

| FILING STATUS | | | TAX TYPE | AMT | YTD AMT |
|---|---|---|---|---|---|
| Federal M | 3 | +25.00 | Federal | 11.32 | 1,232.63 |
| State M | 3 | +0.00 | FICA | 53.01 | 1,119.24 |
| | | | Medicare | 12.40 | 261.76 |
| | | | NYC Marry | | 255.27 |
| | | | NY State | 34.50 | 730.94 |

### VARIABLE PAY INFORMATION

| EARNINGS | DEPT | RATE ID | PCS | HRS | RATE | AMT |
|---|---|---|---|---|---|---|
| Regular Hrs | 300 | | | 22.50 | 15.00 | 337.50 |
| Tips | 300 | | | | | 630.00 |
| **TOTAL** | | | | 22.50 | | $967.50 |

| TOTAL WITHHOLDINGS | | | | $111.23 | $3,599.84 |
|---|---|---|---|---|---|

| ADJUSTMENTS | MATCH | YTD MATCH | AMT | YTD AMT |
|---|---|---|---|---|
| GARNISH2 | | | 84.00 | 1,428.00 |
| GARNISH2 | | | 9.69 | 164.73 |
| MEALS | | | 18.00 | 320.40 |
| PFL | | | 1.48 | 32.01 |
| SDINY | | | 0.60 | 12.60 |
| TIPCREDIT | | | 112.50 | 2,877.50 |
| **TOTAL DED** | | | $226.27 | $4,835.24 |

| ACCRUAL | EARNED | TAKEN | BALANCE |
|---|---|---|---|

### DIRECT DEPOSIT INFORMATION

| NET PAY | AMT | YTD AMT |
|---|---|---|
| | $0.00 | $557.42 |

**D34**

FIESTA DEMO.

Report Run From:   3/4/2019   05:00 AM   To:   3/16/2020 11:59 PM        Department:

| NAME | DATE IN | CLOCK IN | CLOCK OUT | DATE OUT | TIPS | DEPARTMENT | WKHRS | SOH |
|---|---|---|---|---|---|---|---|---|
| PAGAN,JOSEPH | 3/20/2019 | 11:59 AM | 04:02 PM | 3/20/2019 | 0 | Server | 4.00 | 0 |
| PAGAN,JOSEPH | 3/27/2019 | 04:53 PM | 11:47 PM | 3/27/2019 | 0 | Server | 7.00 | 0 |
| PAGAN,JOSEPH | 3/28/2019 | 04:58 PM | 11:40 PM | 3/28/2019 | 0 | Server | 6.75 | 0 |
| PAGAN,JOSEPH | 3/29/2019 | 05:01 PM | 12:46 AM | 3/30/2019 | 0 | Server | 7.75 | 0 |
| PAGAN,JOSEPH | 3/30/2019 | 03:07 PM | 12:14 AM | 3/31/2019 | 0 | Server | 9.25 | 0 |
| PAGAN,JOSEPH | 3/31/2019 | 12:58 PM | 08:07 PM | 3/31/2019 | 0 | Server | 7.25 | 0 |
| PAGAN,JOSEPH | 4/3/2019 | 04:18 PM | 10:36 PM | 4/3/2019 | 0 | Server | 6.25 | 0 |
| PAGAN,JOSEPH | 4/4/2019 | 04:22 PM | 10:39 PM | 4/4/2019 | 0 | Server | 6.25 | 0 |
| PAGAN,JOSEPH | 4/5/2019 | 04:52 PM | 01:02 AM | 4/6/2019 | 0 | Server | 8.25 | 0 |
| PAGAN,JOSEPH | 4/6/2019 | 02:58 PM | 12:38 AM | 4/7/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 4/7/2019 | 02:04 PM | 11:03 PM | 4/7/2019 | 0 | Server | 9.00 | 0 |
| PAGAN,JOSEPH | 4/12/2019 | 02:51 PM | 10:50 PM | 4/12/2019 | 0 | Server | 8.00 | 0 |
| PAGAN,JOSEPH | 4/13/2019 | 02:55 PM | 12:06 AM | 4/14/2019 | 0 | Server | 9.25 | 0 |
| PAGAN,JOSEPH | 4/14/2019 | 02:07 PM | 08:49 PM | 4/14/2019 | 0 | Server | 6.75 | 0 |
| PAGAN,JOSEPH | 4/17/2019 | 02:44 PM | 11:21 PM | 4/17/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 4/19/2019 | 04:37 PM | 12:27 AM | 4/20/2019 | 0 | Server | 7.75 | 0 |
| PAGAN,JOSEPH | 4/20/2019 | 02:06 PM | 11:35 PM | 4/20/2019 | 0 | Server | 9.50 | 0 |
| PAGAN,JOSEPH | 4/21/2019 | 12:16 PM | 09:22 PM | 4/21/2019 | 0 | Server | 9.00 | 0 |
| PAGAN,JOSEPH | 4/24/2019 | 02:51 PM | 11:27 PM | 4/24/2019 | 0 | Server | 8.50 | 0 |
| PAGAN,JOSEPH | 4/27/2019 | 02:29 PM | 11:36 PM | 4/27/2019 | 0 | Server | 9.25 | 0 |
| PAGAN,JOSEPH | 4/28/2019 | 01:23 PM | 08:58 PM | 4/28/2019 | 0 | Server | 7.50 | 0 |
| PAGAN,JOSEPH | 5/1/2019 | 01:33 PM | 08:32 PM | 5/1/2019 | 0 | Server | 7.00 | 0 |
| PAGAN,JOSEPH | 5/3/2019 | 05:06 PM | 10:05 PM | 5/3/2019 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 5/4/2019 | 01:33 PM | 09:02 PM | 5/4/2019 | 0 | Server | 7.50 | 0 |
| PAGAN,JOSEPH | 5/8/2019 | 05:06 PM | 10:43 PM | 5/8/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 5/10/2019 | 04:41 PM | 11:51 PM | 5/10/2019 | 0 | Server | 7.25 | 0 |
| PAGAN,JOSEPH | 5/11/2019 | 02:12 PM | 12:12 AM | 5/12/2019 | 0 | Server | 10.00 | 0 |
| PAGAN,JOSEPH | 5/12/2019 | 12:12 PM | 08:12 PM | 5/12/2019 | 0 | Server | 8.00 | 0 |
| PAGAN,JOSEPH | 5/15/2019 | 04:45 PM | 11:18 PM | 5/15/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 5/17/2019 | 05:13 PM | 10:56 PM | 5/17/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 5/18/2019 | 02:20 PM | 12:05 AM | 5/19/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 5/19/2019 | 12:59 PM | 10:43 PM | 5/19/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 5/22/2019 | 04:47 PM | 11:02 PM | 5/22/2019 | 0 | Server | 6.25 | 0 |
| PAGAN,JOSEPH | 5/24/2019 | 05:02 PM | 11:15 PM | 5/24/2019 | 0 | Server | 6.25 | 0 |
| PAGAN,JOSEPH | 5/25/2019 | 01:27 PM | 11:13 PM | 5/25/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 5/26/2019 | 01:20 PM | 10:03 PM | 5/26/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 5/27/2019 | 01:36 PM | 09:25 PM | 5/27/2019 | 0 | Server | 7.75 | 0 |
| PAGAN,JOSEPH | 5/29/2019 | 05:24 PM | 07:01 PM | 5/29/2019 | 0 | Server | 1.75 | 0 |
| PAGAN,JOSEPH | 5/31/2019 | 04:52 PM | 11:38 PM | 5/31/2019 | 0 | Server | 6.75 | 0 |
| PAGAN,JOSEPH | 6/1/2019 | 01:49 PM | 11:10 PM | 6/1/2019 | 0 | Server | 9.25 | 0 |
| PAGAN,JOSEPH | 6/2/2019 | 01:35 PM | 08:21 PM | 6/2/2019 | 0 | Server | 6.75 | 0 |
| PAGAN,JOSEPH | 6/5/2019 | 05:15 PM | 10:23 PM | 6/5/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 6/7/2019 | 05:13 PM | 11:01 PM | 6/7/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 6/8/2019 | 02:21 PM | 11:07 PM | 6/8/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 6/9/2019 | 01:51 PM | 08:59 PM | 6/9/2019 | 0 | Server | 7.25 | 0 |
| PAGAN,JOSEPH | 6/12/2019 | 05:08 PM | 10:10 PM | 6/12/2019 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 6/14/2019 | 04:59 PM | 10:22 PM | 6/14/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 6/15/2019 | 01:41 PM | 11:25 PM | 6/15/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 6/16/2019 | 01:15 PM | 09:30 PM | 6/16/2019 | 0 | Server | 8.25 | 0 |
| PAGAN,JOSEPH | 6/19/2019 | 05:16 PM | 11:16 PM | 6/19/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 6/21/2019 | 04:32 PM | 11:30 PM | 6/21/2019 | 0 | Server | 7.00 | 0 |
| PAGAN,JOSEPH | 6/22/2019 | 02:51 PM | 12:18 AM | 6/23/2019 | 0 | Server | 9.50 | 0 |
| PAGAN,JOSEPH | 6/23/2019 | 01:57 PM | 07:34 PM | 6/23/2019 | 0 | Server | 5.75 | 0 |

D10

FIESTA DEMO.

Report Run From:   3/4/2019   05:00 AM   To:   3/16/2020 11:59 PM          Department:

| NAME | DATE IN | CLOCK IN | CLOCK OUT | DATE OUT | TIPS | DEPARTMENT | WKHRS | SOH |
|---|---|---|---|---|---|---|---|---|
| PAGAN,JOSEPH | 6/26/2019 | 12:58 PM | 09:33 PM | 6/26/2019 | 0 | Server | 8.50 | 0 |
| PAGAN,JOSEPH | 6/27/2019 | 12:59 PM | 10:02 PM | 6/27/2019 | 0 | Server | 9.00 | 0 |
| PAGAN,JOSEPH | 6/28/2019 | 01:21 PM | 02:08 PM | 6/28/2019 | 0 | Server | 0.75 | 0 |
| PAGAN,JOSEPH | 6/28/2019 | 06:33 PM | 09:25 PM | 6/28/2019 | 0 | Server | 3.00 | 0 |
| PAGAN,JOSEPH | 6/29/2019 | 04:05 PM | 10:46 PM | 6/29/2019 | 0 | Server | 6.75 | 0 |
| PAGAN,JOSEPH | 6/30/2019 | 01:13 PM | 09:11 PM | 6/30/2019 | 0 | Server | 8.00 | 0 |
| PAGAN,JOSEPH | 7/3/2019 | 01:36 PM | 05:20 PM | 7/3/2019 | 0 | Server | 3.75 | 0 |
| PAGAN,JOSEPH | 7/4/2019 | 01:08 PM | 07:41 PM | 7/4/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 7/5/2019 | 04:56 PM | 11:20 PM | 7/5/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 7/6/2019 | 02:07 PM | 09:46 PM | 7/6/2019 | 0 | Server | 7.75 | 0 |
| PAGAN,JOSEPH | 7/7/2019 | 01:26 PM | 10:07 PM | 7/7/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 7/10/2019 | 05:01 PM | 10:58 PM | 7/10/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 7/11/2019 | 05:10 PM | 09:13 PM | 7/11/2019 | 0 | Server | 4.00 | 0 |
| PAGAN,JOSEPH | 7/12/2019 | 05:28 PM | 12:04 AM | 7/13/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 7/13/2019 | 02:29 PM | 11:13 PM | 7/13/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 7/14/2019 | 01:46 PM | 11:03 PM | 7/14/2019 | 0 | Server | 9.25 | 0 |
| PAGAN,JOSEPH | 7/17/2019 | 05:11 PM | 10:45 PM | 7/17/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 7/18/2019 | 06:07 PM | 06:13 PM | 7/18/2019 | 0 | Server | 0.00 | 0 |
| PAGAN,JOSEPH | 7/19/2019 | 05:12 PM | 11:12 PM | 7/19/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 7/20/2019 | 02:31 PM | 11:06 PM | 7/20/2019 | 0 | Server | 8.50 | 0 |
| PAGAN,JOSEPH | 7/21/2019 | 01:46 PM | 06:36 PM | 7/21/2019 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 7/24/2019 | 04:52 PM | 10:02 PM | 7/24/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 7/25/2019 | 05:27 PM | 10:41 PM | 7/25/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 7/26/2019 | 05:01 PM | 11:05 PM | 7/26/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 7/27/2019 | 02:45 PM | 11:11 PM | 7/27/2019 | 0 | Server | 8.50 | 0 |
| PAGAN,JOSEPH | 7/31/2019 | 05:01 PM | 11:06 PM | 7/31/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 8/1/2019 | 04:40 PM | 10:14 PM | 8/1/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 8/2/2019 | 05:04 PM | 10:36 PM | 8/2/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 8/3/2019 | 02:11 PM | 12:00 AM | 8/4/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 8/4/2019 | 02:25 PM | 10:36 PM | 8/4/2019 | 0 | Server | 8.25 | 0 |
| PAGAN,JOSEPH | 8/7/2019 | 05:14 PM | 09:31 PM | 8/7/2019 | 0 | Server | 4.25 | 0 |
| PAGAN,JOSEPH | 8/8/2019 | 06:01 PM | 11:38 PM | 8/8/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 8/9/2019 | 05:44 PM | 11:13 PM | 8/9/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 8/10/2019 | 02:47 PM | 11:37 PM | 8/10/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 8/11/2019 | 02:52 PM | 10:38 PM | 8/11/2019 | 0 | Server | 7.75 | 0 |
| PAGAN,JOSEPH | 8/14/2019 | 04:29 PM | 08:15 PM | 8/14/2019 | 0 | Server | 3.75 | 0 |
| PAGAN,JOSEPH | 8/15/2019 | 10:59 PM | 10:59 PM | 8/15/2019 | 0 | Server | 0.00 | 0 |
| PAGAN,JOSEPH | 8/16/2019 | 05:39 PM | 11:17 PM | 8/16/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 8/17/2019 | 02:30 PM | 11:28 PM | 8/17/2019 | 0 | Server | 9.00 | 0 |
| PAGAN,JOSEPH | 8/18/2019 | 02:39 PM | 08:38 PM | 8/18/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 8/21/2019 | 05:03 PM | 11:29 PM | 8/21/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 8/22/2019 | 05:16 PM | 11:15 PM | 8/22/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 8/24/2019 | 02:14 PM | 12:04 AM | 8/25/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 8/25/2019 | 02:32 PM | 09:52 PM | 8/25/2019 | 0 | Server | 7.25 | 0 |
| PAGAN,JOSEPH | 8/28/2019 | 04:58 PM | 09:26 PM | 8/28/2019 | 0 | Server | 4.50 | 0 |
| PAGAN,JOSEPH | 8/30/2019 | 04:59 PM | 10:15 PM | 8/30/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 8/31/2019 | 01:26 PM | 11:00 PM | 8/31/2019 | 0 | Server | 9.50 | 0 |
| PAGAN,JOSEPH | 9/1/2019 | 01:39 PM | 10:28 PM | 9/1/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 9/7/2019 | 02:57 PM | 11:40 PM | 9/7/2019 | 0 | Server | 8.75 | 0 |
| PAGAN,JOSEPH | 9/8/2019 | 01:12 PM | 09:31 PM | 9/8/2019 | 0 | Server | 8.25 | 0 |
| PAGAN,JOSEPH | 9/11/2019 | 04:54 PM | 10:48 PM | 9/11/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 9/12/2019 | 04:55 PM | 08:48 PM | 9/12/2019 | 0 | Server | 4.00 | 0 |
| PAGAN,JOSEPH | 9/13/2019 | 05:13 PM | 11:49 PM | 9/13/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 9/14/2019 | 01:37 PM | 10:45 PM | 9/14/2019 | 0 | Server | 9.25 | 0 |
| PAGAN,JOSEPH | 9/15/2019 | 01:54 PM | 09:15 PM | 9/15/2019 | 0 | Server | 7.25 | 0 |

D11

FIESTA DEMO.

Report Run From:   3/4/2019   05:00 AM   To:   3/16/2020 11:59 PM          Department:

| NAME | DATE IN | CLOCK IN | CLOCK OUT | DATE OUT | TIPS | DEPARTMENT | WKHRS | SOH |
|---|---|---|---|---|---|---|---|---|
| PAGAN,JOSEPH | 9/18/2019 | 05:05 PM | 10:19 PM | 9/18/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 9/19/2019 | 05:13 PM | 09:20 PM | 9/19/2019 | 0 | Server | 4.25 | 0 |
| PAGAN,JOSEPH | 9/20/2019 | 05:45 PM | 10:54 PM | 9/20/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 9/21/2019 | 01:52 PM | 11:38 PM | 9/21/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 9/22/2019 | 01:54 PM | 09:04 PM | 9/22/2019 | 0 | Server | 7.25 | 0 |
| PAGAN,JOSEPH | 9/26/2019 | 06:25 PM | 06:51 PM | 9/26/2019 | 0 | Server | 0.50 | 0 |
| PAGAN,JOSEPH | 9/27/2019 | 05:11 PM | 10:46 PM | 9/27/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 9/28/2019 | 02:26 PM | 12:04 AM | 9/29/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 9/29/2019 | 02:20 PM | 09:25 PM | 9/29/2019 | 0 | Server | 7.00 | 0 |
| PAGAN,JOSEPH | 10/2/2019 | 05:27 PM | 09:42 PM | 10/2/2019 | 0 | Server | 4.25 | 0 |
| PAGAN,JOSEPH | 10/3/2019 | 05:07 PM | 10:38 PM | 10/3/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 10/4/2019 | 05:21 PM | 10:59 PM | 10/4/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 10/5/2019 | 10:30 PM | 10:30 PM | 10/5/2019 | 0 | Server | 0.00 | 0 |
| PAGAN,JOSEPH | 10/6/2019 | 01:52 PM | 08:24 PM | 10/6/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 10/9/2019 | 04:53 PM | 09:49 PM | 10/9/2019 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 10/11/2019 | 05:09 PM | 09:49 PM | 10/11/2019 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 10/12/2019 | 02:02 PM | 10:29 PM | 10/12/2019 | 0 | Server | 8.50 | 0 |
| PAGAN,JOSEPH | 10/19/2019 | 01:22 PM | 11:00 PM | 10/19/2019 | 0 | Server | 9.75 | 0 |
| PAGAN,JOSEPH | 10/20/2019 | 01:18 PM | 06:21 PM | 10/20/2019 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 10/23/2019 | 04:59 PM | 10:09 PM | 10/23/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 10/25/2019 | 05:00 PM | 09:49 PM | 10/25/2019 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 10/26/2019 | 03:00 PM | 10:47 PM | 10/26/2019 | 0 | Server | 7.75 | 0 |
| PAGAN,JOSEPH | 10/27/2019 | 02:42 PM | 07:52 PM | 10/27/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 10/30/2019 | 05:25 PM | 08:52 PM | 10/30/2019 | 0 | Server | 3.50 | 0 |
| PAGAN,JOSEPH | 11/2/2019 | 05:07 PM | 11:39 PM | 11/2/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 11/3/2019 | 02:23 PM | 07:43 PM | 11/3/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 11/6/2019 | 05:27 PM | 09:40 PM | 11/6/2019 | 0 | Server | 4.25 | 0 |
| PAGAN,JOSEPH | 11/8/2019 | 04:53 PM | 06:41 PM | 11/8/2019 | 0 | Server | 1.75 | 0 |
| PAGAN,JOSEPH | 11/9/2019 | 02:31 PM | 10:05 PM | 11/9/2019 | 0 | Server | 7.50 | 0 |
| PAGAN,JOSEPH | 11/10/2019 | 03:00 PM | 07:59 PM | 11/10/2019 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 11/13/2019 | 05:36 PM | 10:03 PM | 11/13/2019 | 0 | Server | 4.50 | 0 |
| PAGAN,JOSEPH | 11/16/2019 | 04:21 PM | 10:19 PM | 11/16/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 11/17/2019 | 06:56 PM | 06:56 PM | 11/17/2019 | 0 | Server | 0.00 | 0 |
| PAGAN,JOSEPH | 11/20/2019 | 05:04 PM | 09:37 PM | 11/20/2019 | 0 | Server | 4.50 | 0 |
| PAGAN,JOSEPH | 11/23/2019 | 04:04 PM | 10:32 PM | 11/23/2019 | 0 | Server | 6.50 | 0 |
| PAGAN,JOSEPH | 11/24/2019 | 02:23 PM | 10:34 PM | 11/24/2019 | 0 | Server | 8.25 | 0 |
| PAGAN,JOSEPH | 11/27/2019 | 04:55 PM | 09:44 PM | 11/27/2019 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 11/28/2019 | 03:04 PM | 04:55 PM | 11/28/2019 | 0 | Server | 1.75 | 0 |
| PAGAN,JOSEPH | 11/30/2019 | 04:25 PM | 09:33 PM | 11/30/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 12/1/2019 | 02:24 PM | 06:23 PM | 12/1/2019 | 0 | Server | 4.00 | 0 |
| PAGAN,JOSEPH | 12/4/2019 | 04:09 PM | 09:50 PM | 12/4/2019 | 0 | Server | 5.75 | 0 |
| PAGAN,JOSEPH | 12/7/2019 | 04:30 PM | 10:31 PM | 12/7/2019 | 0 | Server | 6.00 | 0 |
| PAGAN,JOSEPH | 12/8/2019 | 02:20 PM | 07:41 PM | 12/8/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 12/11/2019 | 05:10 PM | 10:39 PM | 12/11/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 12/14/2019 | 04:38 PM | 09:42 PM | 12/14/2019 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 12/18/2019 | 05:06 PM | 09:11 PM | 12/18/2019 | 0 | Server | 4.00 | 0 |
| PAGAN,JOSEPH | 12/21/2019 | 05:27 PM | 10:42 PM | 12/21/2019 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 12/22/2019 | 02:14 PM | 04:57 PM | 12/22/2019 | 0 | Server | 2.75 | 0 |
| PAGAN,JOSEPH | 12/24/2019 | 05:02 PM | 10:34 PM | 12/24/2019 | 0 | Server | 5.50 | 0 |
| PAGAN,JOSEPH | 12/25/2019 | 04:22 PM | 08:35 PM | 12/25/2019 | 0 | Server | 4.25 | 0 |
| PAGAN,JOSEPH | 12/28/2019 | 04:54 PM | 09:41 PM | 12/28/2019 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 12/29/2019 | 02:02 PM | 05:24 PM | 12/29/2019 | 0 | Server | 3.50 | 0 |
| PAGAN,JOSEPH | 1/1/2020 | 03:24 PM | 07:02 PM | 1/1/2020 | 0 | Server | 3.75 | 0 |
| PAGAN,JOSEPH | 1/3/2020 | 05:52 PM | 10:59 PM | 1/3/2020 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 1/4/2020 | 04:12 PM | 10:12 PM | 1/4/2020 | 0 | Server | 6.00 | 0 |

D12

FIESTA DEMO.

Report Run From:   3/4/2019   05:00 AM   To:   3/16/2020 11:59 PM          Department:

| NAME | DATE IN | CLOCK IN | CLOCK OUT | DATE OUT | TIPS | DEPARTMENT | WKHRS | SOH |
|---|---|---|---|---|---|---|---|---|
| PAGAN,JOSEPH | 1/5/2020 | 02:39 PM | 06:44 PM | 1/5/2020 | 0 | Server | 4.00 | 0 |
| PAGAN,JOSEPH | 1/8/2020 | 05:24 PM | 09:50 PM | 1/8/2020 | 0 | Server | 4.50 | 0 |
| PAGAN,JOSEPH | 1/10/2020 | 04:59 PM | 09:28 PM | 1/10/2020 | 0 | Server | 4.50 | 0 |
| PAGAN,JOSEPH | 1/11/2020 | 05:03 PM | 11:13 PM | 1/11/2020 | 0 | Server | 6.25 | 0 |
| PAGAN,JOSEPH | 1/12/2020 | 02:05 PM | 09:14 PM | 1/12/2020 | 0 | Server | 7.25 | 0 |
| PAGAN,JOSEPH | 1/15/2020 | 05:05 PM | 08:47 PM | 1/15/2020 | 0 | Server | 3.75 | 0 |
| PAGAN,JOSEPH | 1/17/2020 | 04:59 PM | 10:16 PM | 1/17/2020 | 0 | Server | 5.25 | 0 |
| PAGAN,JOSEPH | 1/18/2020 | 05:14 PM | 05:43 PM | 1/18/2020 | 0 | Server | 0.50 | 0 |
| PAGAN,JOSEPH | 1/22/2020 | 04:56 PM | 08:34 PM | 1/22/2020 | 0 | Server | 3.75 | 0 |
| PAGAN,JOSEPH | 1/24/2020 | 05:04 PM | 09:41 PM | 1/24/2020 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 1/25/2020 | 05:18 PM | 10:05 PM | 1/25/2020 | 0 | Server | 4.75 | 0 |
| PAGAN,JOSEPH | 1/25/2020 | 10:05 PM | 10:05 PM | 1/25/2020 | 0 | Server | 0.00 | 0 |
| PAGAN,JOSEPH | 1/26/2020 | 02:11 PM | 05:48 PM | 1/26/2020 | 0 | Server | 3.75 | 0 |
| PAGAN,JOSEPH | 1/31/2020 | 04:59 PM | 10:05 PM | 1/31/2020 | 0 | Server | 5.10 | 0 |
| PAGAN,JOSEPH | 2/1/2020 | 05:04 PM | 11:12 PM | 2/1/2020 | 0 | Server | 6.13 | 0 |
| PAGAN,JOSEPH | 2/2/2020 | 01:58 PM | 06:07 PM | 2/2/2020 | 0 | Server | 4.15 | 0 |
| PAGAN,JOSEPH | 2/5/2020 | 04:58 PM | 09:32 PM | 2/5/2020 | 0 | Server | 4.50 | 0 |
| PAGAN,JOSEPH | 2/7/2020 | 05:39 PM | 09:20 PM | 2/7/2020 | 0 | Server | 3.68 | 0 |
| PAGAN,JOSEPH | 2/8/2020 | 05:07 PM | 09:57 PM | 2/8/2020 | 0 | Server | 4.83 | 0 |
| PAGAN,JOSEPH | 2/9/2020 | 02:10 PM | 07:03 PM | 2/9/2020 | 0 | Server | 4.88 | 0 |
| PAGAN,JOSEPH | 2/12/2020 | 05:07 PM | 10:04 PM | 2/12/2020 | 0 | Server | 4.95 | 0 |
| PAGAN,JOSEPH | 2/14/2020 | 03:53 PM | 12:18 AM | 2/15/2020 | 0 | Server | 8.42 | 0 |
| PAGAN,JOSEPH | 2/15/2020 | 03:25 PM | 10:48 PM | 2/15/2020 | 0 | Server | 7.38 | 0 |
| PAGAN,JOSEPH | 2/16/2020 | 05:13 PM | 09:46 PM | 2/16/2020 | 0 | Server | 4.55 | 0 |
| PAGAN,JOSEPH | 2/19/2020 | 05:08 PM | 10:07 PM | 2/19/2020 | 0 | Server | 4.98 | 0 |
| PAGAN,JOSEPH | 2/21/2020 | 05:38 PM | 11:04 PM | 2/21/2020 | 0 | Server | 5.43 | 0 |
| PAGAN,JOSEPH | 2/22/2020 | 05:16 PM | 11:17 PM | 2/22/2020 | 0 | Server | 6.02 | 0 |
| PAGAN,JOSEPH | 2/28/2020 | 05:13 PM | 05:26 PM | 2/28/2020 | 0 | Server | 0.22 | 0 |
| PAGAN,JOSEPH | 2/28/2020 | 05:43 PM | 10:11 PM | 2/28/2020 | 0 | Server | 4.47 | 0 |
| PAGAN,JOSEPH | 2/29/2020 | 05:18 PM | 10:51 PM | 2/29/2020 | 0 | Server | 5.55 | 0 |
| PAGAN,JOSEPH | 3/1/2020 | 02:19 PM | 07:20 PM | 3/1/2020 | 0 | Server | 5.00 | 0 |
| PAGAN,JOSEPH | 3/4/2020 | 05:02 PM | 09:20 PM | 3/4/2020 | 0 | Server | 4.30 | 0 |
| PAGAN,JOSEPH | 3/6/2020 | 05:11 PM | 08:55 PM | 3/6/2020 | 0 | Server | 3.73 | 0 |
| PAGAN,JOSEPH | 3/7/2020 | 04:17 PM | 10:18 PM | 3/7/2020 | 0 | Server | 6.02 | 0 |
| PAGAN,JOSEPH | 3/8/2020 | 02:10 PM | 06:46 PM | 3/8/2020 | 0 | Server | 4.60 | 0 |
| PAGAN,JOSEPH | 3/11/2020 | 05:16 PM | 10:06 PM | 3/11/2020 | 0 | Server | 4.83 | 0 |
| PAGAN,JOSEPH | 3/13/2020 | 05:11 PM | 10:04 PM | 3/13/2020 | 0 | Server | 4.88 | 0 |
| PAGAN,JOSEPH | 3/14/2020 | 05:00 PM | 05:00 PM | 3/14/2020 | 0 | Server | 0.00 | 0 |
| PAGAN,JOSEPH | 3/14/2020 | 05:27 PM | 09:24 PM | 3/14/2020 | 0 | Server | 3.95 | 0 |

**TOTAL HOURS: 1,207.30      TOTAL TIPS: 0.00         TOTAL SOH 0.00**

D13