```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
                                                                    :
                                                                    :
JOSEPH PAGAN, individually and on behalf of                         :    1:20-CV-7349-ALC-SDA
all others similarly-situated,                                      :
                                                                    :    ORDER
                                          Plaintiff,                :
                                                                    :
              -against-                                             :
                                                                    :
C.I. LOBSTER CORP., ET AL.,                                         :
                                                                    :
                                          Defendants.               :
                                                                    :
                                                                    x
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/25/2022__

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with today's pre-motion conference, it is hereby **ORDERED** as follows:

- Second Amended Complaint due 3/11/2022;

- Defendants' request for leave to file a motion under FRCP 12(c) is hereby granted;

    - Opening Brief due 4/1/2022, Opposition due 4/18/2022, Reply due 5/2/2022;

- Should Plaintiff still seek to file a motion for conditional certification, he may do so under the guidance of Magistrate Judge Aaron pursuant to the GPT referral in this case. The Clerk of Court shall terminate the letter motion at ECF No. 95.

**SO ORDERED.**

Dated:   **Feb. 25, 2022**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**