```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Pagan, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

C.I. Lobster Corp. et al.,

        Defendant.

1:20-cv-07349 (ALC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Wednesday, March 9, 2022, at 11:30 a.m. to discuss the issues raised in the parties' March 3, 2022 Letter. (*See* ECF No. 102.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               March 4, 2022

_____
STEWART D. AARON
United States Magistrate Judge