```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Pagan, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

C.I. Lobster Corp. et al.,

        Defendants.

1:20-cv-07349 (ALC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that, no later than March 23, 2022, either the parties shall file a stipulation regarding conditional certification or Plaintiff shall file his motion for conditional certification.

**SO ORDERED.**

Dated:    New York, New York
           March 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge