UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPH PAGAN,

                            Plaintiff,

         -against-

C.I. LOBSTER CORP., JOSEPH MANDARINO,
RICHARD MANDARINO, and JOHN MANDARINO,

                            Defendants.
-------------------------------------------------------------------X

Case No.: 1:20-cv-7349 (ALC) (SDA)

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

      **PLEASE TAKE NOTICE**, that pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, upon the accompanying declaration of Emanuel Kataev, Esq. dated April 1, 2022, the memorandum of law in support, and all the prior papers and proceedings herein, the Defendants will move this Court, before the Hon. Andrew L. Carter, U.S.D.J., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an Order granting Defendants judgment on the pleadings dismissing all of Plaintiff's claims, or – in the alternative – dismissing all of Plaintiff's claims under federal law and declining to exercise supplemental jurisdiction over Plaintiff's pendent state law claims, and for such other and further relief as the Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE**, that based on the pre-motion conference held by this Court on February 25, 2022, Plaintiff's opposition papers are due on April 18, 2022 and Defendants' reply papers in further support are due on May 2, 2022.  See Docket Entry 99.

|  |  |
|---|---|
| Dated: Lake Success, New York<br>April 1, 2022 | **MILMAN LABUDA LAW GROUP PLLC**<br><br>By:  */s    Emanuel Kataev, Esq.* _____<br>Netanel Newberger, Esq.<br>Emanuel Kataev, Esq.<br>3000 Marcus Avenue, Suite 3W8<br>Lake Success, NY 11042-1073<br>(516) 328-8899 (office)<br>(516) 328-0082 (facsimile)<br>netanel@mllaborlaw.com<br>emanuel@mllaborlaw.com<br><br>*Attorneys for Defendants* |

**VIA ECF**
The Ottinger Firm, P.C.
Attn: Finn Dusenbery, Esq.
401 Park Avenue South
New York, NY 10016-8800
finn@ottingerlaw.com