# EXHIBIT 2

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 4864366
Issued:  Sep 9, 2020



**THE OTTINGER FIRM PC**

535 MISSION STREET 14TH FLOOR
SAN FRANCISCO, CA 94105

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | N/A | Plaintiff / Petitioner: | JOSEPH PAGAN, individually and on behalf of all others similarly-situated |
|---|---|---|---|
| Job: | 4864366 | Defendant / Respondent: | C.I. LOBSTER CORP., JOSEPH MANDARINO, RICHARD MADARINO, AND JOHN MANDARINO |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | C.I. LOBSTER CORPORATION | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Sep 9, 2020 | | ($100.00) |

| | |
|---|---|
| Thanks for your business. Please pay the "Balance Due" within 10 days. | Total: $100.00<br>Amount Paid: ($100.00)<br>**Balance Due:  $0.00** |

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: info@undisputedlegal.com  •  Visit: undisputedlegal.com

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 4864384
Issued:  Sep 9, 2020

**THE OTTINGER FIRM PC**

535 MISSION STREET 14TH FLOOR
SAN FRANCISCO, CA 94105

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:20-CV-07349-ALC | Plaintiff / Petitioner: | JOSEPH PAGAN, individually and on behalf of all others similarly-situated |
| Job: | 4864384 | Defendant / Respondent: | C.I. LOBSTER CORP., JOSEPH MANDARINO, RICHARD MANDARINO, AND JOHN MANDARINO |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| routine | JOSEPH MANDARINO | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Sep 9, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00
Amount Paid: ($50.00)
Balance Due: $0.00

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: info@undisputedlegal.com  •  Visit: undisputedlegal.com

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

**INVOICE:** 4864385
Issued:   Sep 9, 2020



**THE OTTINGER FIRM PC**

535 MISSION STREET 14TH FLOOR
SAN FRANCISCO, CA 94105

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:20-CV-07349-ALC | Plaintiff / Petitioner: | JOSEPH PAGAN, individually and on behalf of all others similarly-situated |
|---|---|---|---|
| Job: | 4864385 | Defendant / Respondent: | C.I. LOBSTER CORP., JOSEPH MANDARINO, RICHARD MANDARINO, AND JOHN MANDARINO |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| routine | RICHARD MANDARINO | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Sep 9, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total:   $50.00
Amount Paid:   ($50.00)
**Balance Due:   $0.00**

Undisputed Legal Inc.   •   590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001   •   Email: info@undisputedlegal.com   •   Visit: undisputedlegal.com

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 4864387
Issued: Sep 9, 2020

**THE OTTINGER FIRM PC**

535 MISSION STREET 14TH FLOOR
SAN FRANCISCO, CA 94105



PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:20-CV-07349-ALC | Plaintiff / Petitioner: | JOSEPH PAGAN, individually and on behalf of all others similarly-situated |
|---|---|---|---|
| Job: | 4864387 | Defendant / Respondent: | C.I. LOBSTER CORP., JOSEPH MANDARINO, RICHARD MANDARINO, AND JOHN MANDARINO |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | JOHN MANDARINO | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Sep 9, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00
Amount Paid: ($50.00)
**Balance Due: $0.00**

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: info@undisputedlegal.com  •  Visit: undisputedlegal.com