UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOSPEH PAGAN, individually and on behalf of all others similarly-situated,

                    Plaintiff,

      -against-

C.I. LOBSTER CORP., JOSEPH MANDARINO, RICHARD MANDARINO, AND JOHN MANDARINO,

                    Defendants.

------------------------------------------------------------ x

1:20-cv-07349 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of the parties' Settlement Agreement and General Release, filed July 22, 2022. (ECF No. 129.) The Court has also received the parties' request for a "fair and reasonable" settlement order. (ECF No. 133.)

        Having reviewed the Settlement Agreement and General Release, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   August 24, 2022
            New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**